Antonio Valla, Esq. (SBN 136256)
Michael P. Purcell, Esq. (SBN 229506)
Stefano Abbasciano, Esq. (SBN 277680)
Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
Telephone: 415.856.9001
Fax: 415.856.9002
E-mail: antonio.valla@vallalaw.com
E-mail: stefano.abbasciano@vallalaw.com

Attorneys for Defendant
SAVANT PROTECTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANT CAPITAL, LLC<br><br>            Plaintiff,<br><br>     vs.<br><br>SAVANT PROTECTION, INC. ; and DOES 1-50<br><br>            Defendants. | Case No. 3:16-cv-00197-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

1.     Early Neutral Evaluation (ENE) (ADR L.R. 5), to be conducted before mediation (if any mediation is necessary).

2.     Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise*

-1-
_____.
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

*ordered.* )

Dated: April 1, 2016          /s/Anthony Flores
                              Anthony Flores, Esq.
                              Attorneys for Viant Capital, LLC


Dated: April 1, 2016          /s/Stefano Abbasciano
                              Stefano Abbasciano, Esq.
                              Valla & Associates, Inc., P.C.
                              Attorneys for Savant Protection, Inc.

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Anthony Flores, counsel for Plaintiff VIANT CAPITAL, LLC, and that I have obtained Mr. Flores' authorization to affix his electronic signature to this document.

## [PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 4, 2016

_____
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS