IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANT CAPITAL, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVANT PROTECTION, INC.,<br><br>    Defendant. | Case No.  16-cv-00197-MMC<br><br>**ORDER TO SHOW CAUSE** |

On April 22, 2016, counsel for plaintiff failed to appear as ordered at a regularly scheduled case management conference in the above-titled action.

Accordingly, said counsel is hereby ORDERED TO SHOW CAUSE in writing, no later than May 6, 2016, why sanctions should not be imposed for his failure to comply with the Court's order.

**IT IS SO ORDERED.**

Dated: April 22, 2016

MAXINE M. CHESNEY
United States District Judge