IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANT CAPITAL, LLC, | No. C-16-197 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENT** |
| v. | |
| SAVANT PROTECTION, INC., | |
| Defendant. | |

On April 4, 2016, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith chambers copies of the Notice of Removal filed January 12, 2016.

**IT IS SO ORDERED.**

Dated: May 5, 2016

MAXINE M. CHESNEY
United States District Judge