IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIANT CAPITAL,LLC.,

    Plaintiff,

v.

SAVANT PROTECTION, INC.,

    Defendant.

Case No. 16-cv-00197-MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 17, 22

On April 22, 2016, the Court issued an Order to Show Cause, directing plaintiff's counsel to show cause why sanctions should not be imposed for his failure to appear at the Case Management Conference scheduled for that date. On May 6, 2016, plaintiff's counsel timely filed a response thereto.

Having read and considered counsel's response, and good cause having been shown therein, the Court hereby DISCHARGES the Order to Show Cause.

**IT IS SO ORDERED.**

Dated: May 12, 2016

MAXINE M. CHESNEY
United States District Judge