IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANT CAPITAL, LLC, | No. C-16-197 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SAVANT PROTECTION, INC., | |
| Defendant. / | |

The hearing date for defendant Savant Protection, Inc.'s Motion for Summary Judgment, filed June 23, 2016, is hereby CONTINUED from July 22, 2016, to the Court's next available Friday, August 5, 2016.  See Civil L.R. 7-2(a) (providing motion must be noticed for hearing "not less than 35 days after filing of the motion").

**IT IS SO ORDERED.**

Dated: June 28, 2016

MAXINE M. CHESNEY
United States District Judge